DIANE K. GODFREY
Attorney at law
2769 Castle Hill Court, Apt. 34
Sacramento CA 95821

**FILED**

**JUN 1 0 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　DEPUTY CLERK

June 6, 2019

Honorable Troy L. Nunley,
United States District Judge
United States District Court,
Eastern District of California
501 "I" St.
Sacramento CA 95814-2322

VIA U.S. MAIL

　　　RE: Godfrey v. Sacramento County Sheriff's Department, et al.
　　　　　Case # 2:19-cv-00861-TLN-KJN

Dear Judge Nunley:

　　　On May 14, 2019, I as plaintiff filed a complaint in the within action.

　　　On May 29, 2019, I as plaintiff filed a Motion for Temporary Restraining Order, comprised of the following documents: 1) Notice of Motion; 2) Memorandum of Points and Authorities in support of TRO/PI/Permanent Injunction; 3) Declaration of Diane K. Godfrey in Support of Motion; 4) Proposed Order Granting TRO; 5) Proposed Order Setting Hearing Date for Motion for Preliminary Injunction/Trial; and Date for Filing of Responsive Papers; 6) TRO Checklist. All of these documents appear on the case docket, (#6), showing a filing date of May 29, 2019. I have file-endorsed copies of all except the proposed orders. All documents were served on all defendants on May 29, 2019.

　　　At the time I as plaintiff filed these documents, I provided the clerk with "chambers copies" to be delivered to your courtroom. At the time I as plaintiff filed these documents, the clerk informed me that I would be contacted with a hearing date. At that time, I would inform opposing parties and/or their counsel of same. Accordingly, I complied with Local Rule 231 as to the requirements for a TRO hearing.

　　　On Monday, June 3, 2019, I received this court's "Order Denying Plaintiff's Motion for Temporary Restraining Order", filed on May 31, 2019. The first page of the order describes the matter as an "Ex Parte Motion for Temporary Restraining Order". However, as the filed documents will attest, I did not file an ex parte motion, but, rather, a motion which would be heard on notice. I do not know why your department did not receive the "chambers copies", which I provided to the clerk, but all documents are now available for viewing online.

Honorable Troy L. Nunley
Godfrey v. Sacramento County Sheriff's Dept.
June 6, 2019

    Accordingly, I ask that this court set the TRO hearing date so that I may inform opposing parties and/or counsel.

    Thank you.

Sincerely,

DIANE K. GODFREY
Attorney at law

c.c. 1. McGregor W. Scott
United States Attorney
Eastern District of California
501 "I" Street
Sacramento CA 95814


2. William Barr
U.S. Attorney General
950 Pennsylvania Avenue NW Suite 7141
Washington DC 20530


3. Christopher A Wray
Director, Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington DC 20535-0001


4. Sacramento County Sheriff's Dept.
711 G St.
Sacramento CA 95814


5. Nicole M. Cahill, Esq.
LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Dr., Suite 230
Sacramento, CA 95864
(Defendants Sheriff Scott Jones; Deputy Spencer J. Wright;
County of Sacramento)