PROOF OF SERVICE

2:19-cv-0861-TLN-KJN



FILED
JUN 14 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I, DIANE K. GODFREY, certify and declare as follows:

1. I am over the age of 18 years. My business address is PO BOX 214301, Sacramento CA 95821.

2. On June 14, 2019 I deposited documents entitled as follows:

1) Order Denying Plaintiff's Motion for Temporary Restraining Order in the U.S. mail, postage fully pre-paid and addressed as follows:

SEE ATTACHED PROOF OF SERVICE LIST

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 14, 2019 at Sacramento, California.

_____
DIANE K. GODFREY

PROOF OF SERVICE LIST

1. McGregor W. Scott

United States Attorney

Eastern District of California

501 "I" Street

Sacramento CA 95814


2. William Barr

U.S. Attorney General

950 Pennsylvania Avenue NW Suite 7141

Washington DC 20530


3. Christopher A Wray

Director, Federal Bureau of Investigation

935 Pennsylvania Avenue NW

Washington DC 20535-0001


4. Nicole M. Cahill, Esq.

Longyear, O'Deal and Lavra LLP

3620 American River Drive, Suite 230

Sacramento CA 95864-5923

 (Representing defendants Scott

Jones, Sheriff, County of Sacramento;

Sacramento County Sheriff's Department;

Spencer J. Wright)