## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DIANE K. GODFREY,**

CASE NO: **2:19–CV–00861–TLN–KJN**

v.

**SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/3/2019**

**Marianne Matherly**
Clerk of Court

ENTERED: **October 3, 2019**

by: /s/ K. Zignago
Deputy Clerk